March 5, 2003

Memo To Counsel Re: Mack v. Baltimore City Police Department, et al.
Civil No. JFM-02-3089

Dear Counsel:

I am in receipt of Mr. Brandes' letter of February 27, 2003.

In accordance with Mr. Brandes' request, the time for plaintiff to respond to the pending motions is extended to April 3, 2003.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge