# BALTIMORE POLICE DEPARTMENT

MARTIN O'MALLEY
Mayor

POLICE COMMISSIONER

March 20, 2003

**Via Facsimile**
**(410) 561-0424**

Frederic Brandes, Esq.
2126 Folk Stone Road
Timonium, Maryland 21093

**Re: Mack v. Norris et al.**
**JFM-02-3089**

Dear Mr. Brandes:

I am in receipt of your letter dated March 13, 2003. From our perspective, you wrote a letter to Judge Motz in late February seeking additional time in which to file a brief on behalf of your client. That request is certainly fair, but the Office of Legal Affairs never received the letter nor did attorneys for the City of Baltimore receive it. All that was received was an Order from Judge Motz indicating that he had received a letter from you, and had extended your client an additional time to reply. We, of course, want to know the underlying request which prompted the Judge's Order. This is a legitimate consideration. I have never indicated that I would oppose your request. We checked the court file, but the letter was not present. Only after we checked the file, did I leave you one telephone message. After you failed to return that call, I called again and spoke with you directly. You indicated that you would fax to me the letter to Judge Motz, but you never did.

I have never claimed that you feigned any illness, and your characterizations of what has occurred here are incorrect. Your physical condition is regrettable, however, this litigation must proceed according to settled rules of procedure and conduct. Unapologetically, I must insist that any communications that you have with a Judge involving this case include an attorney from this Office.

This includes, but is not limited to, letters dealing with procedural or substantive matters.

Had you ever requested from our Office additional time to respond, it would have been granted.

This is hardly the way that counsel should begin dealing with each other, after a request was made to simply resend the letter. The tone of your letter and your own conduct thus far should be measured by what is important: that it wasn't until March 14, 2003 that you sent to me a copy of your February 27, 2003 letter to Judge Motz.

In any event, you should know that I am always available to amicably discuss with you the merits of this matter.

Sincerely,

Howard B. Hoffman
Associate Solicitor

cc: Hon. J. Frederick Motz