```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

JOHN M. MACK                          *

    PLAINTIFFS                    *

V.                                    *    CASE NO. JFM 02-3089

EDWARD NORRIS,
BALTIMORE POLICE DEPARTMENT,          *
    ET AL.
                                      *
    DEFENDANTS
_____/

**DEFENDANT NORRIS' MOTION TO DISMISS/STAY AMENDED COMPLAINT**

Former Baltimore Police Commissioner, Edward Norris ("Defendant Norris"), moves pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) to dismiss/stay the Amended Complaint of Plaintiff, John M. Mack. A Memorandum in support of this Motion is attached hereto.

                                   Respectfully submitted,

                                   _____
                                   Peter Saar, Esq., Bar # 26666
                                   Deputy Legal Counsel

                                   _____
                                   Howard B. Hoffman, Esq., Bar # 25965
                                   Associate Solicitor
                                   Office of Legal Affairs
                                   Baltimore Police Department
                                   242 W. 29th Street
                                   Baltimore, Maryland 21211
                                   Telephone: (410) 396-2496
                                   Facsimile: (410) 396-2126
                                   Attorneys for Former Baltimore Police Department Commissioner Edward Norris

I hereby certify that on this 1st day of May, 2003, a copy of Defendant Norris' Motion to Dismiss/Stay was filed in accordance with the Electronic Filing Requirements and Procedures as established by the U.S. District Court for the District of Maryland, with a paper copy sent via U.S. regular mail, postage paid, to the following:

J. Joseph Curran
Attorney General
200 St. Paul Street
Baltimore, MD 21202
*Attorney General for
the State of Maryland*

_____
Howard B. Hoffman