CIRCUIT COURT FOR BALTIMORE CITY
Frank M. Conaway
Clerk
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389



W R I T   O F   S U M M O N S

Case Number: 24-C-01-002607
C I V I L

John Mack vs Edward Norris

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

   To: EDWARD NORRIS
       601 East Fayette Street
       Baltimore, MD 21202

**SHERIFFS FEE ENCLOSED**

   You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: John Mack
                                                         2350 McCulloh Street
                                                         Baltimore, MD 21217

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of Maryland

Date Issued: 05/30/01

Frank M. Conaway
Clerk, per _____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

# * * * SHERIFF'S RETURN * * * *

Case Number: 24-C-01-002607          Old Case Number:

John Mack vs Edward Norris

To: EDWARD NORRIS
Event:                                   Date/Time:

Sheriff fee:_____     By:_____

Served:_____

Time:_____       Date:_____

Unserved (Reason):_____

_____

Instructions to Baltimore City Sheriff:

1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, Please state the reasons.
3. Return of served or unserved process shall be made promptly.

**HAND DELIVERED**

| | | |
|---|---|---|
| JOHN MACK<br>2350 McCulloh Street<br>Baltimore, Maryland 21217,<br>Plaintiff<br>vs. | RECEIVED<br>01 MAY 25 AM H: 42<br>BALTIMORE C*<br>CIVIL DIV. | IN THE<br>CIRCUIT COURT<br>FOR |
| EDWARD NORRIS<br>601 East Fayette Street<br>Baltimore, Maryland 21202,<br>Defendant | * <br>* <br>* | BALTIMORE CITY<br>CASE NO.<br>24-C-01-002607 |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

John Mack, Plaintiff, by William R. Buie III of William R. Buie III, P.A., sues Defendant Edward Norris hereinafter referred to as "Norris" and says:

1. That the Plaintiff is employed by the Baltimore Police Department as a Lieutenant assigned to the Criminal Investigations Division.

2. That the Defendant, Norris is, as of the date of the filing of this lawsuit, the Commissioner for the Baltimore Police Department.

3. Upon information and belief, the Defendant for his own professional and financial gain by way of retaining his employment and with the intent also to harm the Plaintiff communicated slanderous remarks to the Baltimore City Council on or about May 15, 2001, which reflected upon the professional conduct of the Plaintiff. The remarks were then published on Baltimore television stations as well as in the Baltimore Sun Newspaper.

4. Specifically, the Defendant has communicated false and slanderous per se information that the Plaintiff was working at a whorehouse while on duty, not policing, and being paid by the Baltimore City Police.

5. That the Defendant's words were false, malicious, and intended by Defendant to cause harm to the Plaintiff.

6. That no arrests were made at the establishment deemed a "whorehouse" for illegal sexual activities. Plaintiff has never worked as a police officer for any "whorehouse" or in any other capacity at any "whorehouse." Furthermore, Plaintiff was not on Duty being paid as a Baltimore Police Officer on April 1, 2001.

7. For all injuries, losses and damages, past, present and prospective the Plaintiff claims compensation in the sum of $1,000,000.00.

8. Because the conduct of the Defendant was despicable, unconscionable, and malicious and made to damage a member of the same profession as the Defendant, punitive damages should be assessed in the sum of $1,000,000.00.

WHEREFORE, the Plaintiff sues the Defendant and claims the sum of $2,000,000.00.

WILLIAM R. BUIE III, ESQ.
WILLIAM R. BUIE III, P.A.
22 EAST FAYETTE STREET
SUITE 601
BALTIMORE, MD. 21202
410-576-7666
Attorney for the Plaintiff

## REQUEST FOR JURY TRIAL

The Plaintiff requests a jury trial.

_____
WILLIAM R. BUIE III, ESQ.
Attorney for the Plaintiff