| | | |
|---|---|---|
| JOHN MACK | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| v. | * | FOR |
| COMMISSIONER EDWARD NORRIS | * | BALTIMORE CITY |
| Defendant | * | CASE NO. 24-C-01-002607 |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of the Defendant Commissioner Edward Norris' Motion to Dismiss, and any opposition thereto, it is this __31st__ day of __July__, 2001:

1. **ORDERED** that the Motion be and hereby is, granted; it is further

2. **ORDERED** that Plaintiff's Complaint is hereby dismissed with prejudice and without leave to amend.

3. **ORDERED** that judgment be, and the same hereby is entered, in favor of the Defendant, Baltimore Police Commissioner Edward Norris, and against the Plaintiff

_____
JUDGE, Circuit Court for Baltimore City

```
                    CIRCUIT COURT FOR BALTIMORE CITY
                           Frank M. Conaway
                                Clerk
                            Courthouse East
                        111 North Calvert Street
                               Room 462
                           Baltimore, MD 21202-
              (410)-333-3722, TTY for Deaf: (410)-333-4389
```

N O T I C E   O F   R E C O R D E D   J U D G M E N T
Case Number: 24-C-01-002607
C I V I L

John Mack vs Edward Norris

   I HEREBY CERTIFY that the following Judgment has been recorded in this Court in the above entitled case:

Judgment Against:   Mack, John
                    2350 McCulloh Street
                    Baltimore, MD   21217

Judgment in Favor of:  Norris, Edward
 Judgment Entry Date:  07/31/01
  Amount of Judgment:  COSTS

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of this Court.

Frank M. Conaway
Clerk

Issued:  07/31/01