| | | |
|---|---|---|
| JOHN MACK | * | IN THE |
| Petitioner | * | CIRCUIT COURT |
| | * | FOR |
| v. | * | BALTIMORE CITY |
| BALTIMORE CITY POLICE DEPARTMENT | * | |
| Respondent | * | CASE NO.: 24-C-01-005972 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*\*

## NOTICE OF APPEAL

Mr./Ms. Clerk:

Please enter an appeal to the Court of Special Appeals from the decision of this Court on September 6, 2002. Petitioners filed a motion to alter or amend judgement on September 16, 2002. That motion was denied on February 12, 2003.

_____
Michael Marshall

_____
Michael E. Davey, Esq.
Schlachman, Belsky & Weiner, P.A.
20 South Charles Street
10th Floor
Baltimore, Maryland 21201
410-685-2022
Attorneys for John Mack

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2003, a copy of the foregoing Notice of Appeal was mailed to: Peter Saar, Legal Counsel, Baltimore City Police Department, Office of Legal Affairs, Baltimore, Maryland 21201.

_____
Michael Marshall