**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**


JOHN M. MACK,                                    *

    Plaintiff                                *

    v.                                       *         Case No.: JFM 02-3089

EDWARD NORRIS,
BALTIMORE POLICE DEPARTMENT, et al.    *

    Defendants                               *

*   *   *   *   *   *   *   *   *   *   *   *

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

COMES NOW, the Defendants, the Mayor and the City Council of Baltimore ("the City"), and Martin O'Malley, individually and as Mayor of the City of Baltimore, by their attorneys, Deborah K. St. Lawrence, Chief Solicitor of Labor, Employment and Personnel, and Freda Lukov Kleinman, Assistant City Solicitor, pursuant to Fed. R. Civ. P. 6(b) and moves this Honorable Court to grant an extension of time for the Defendants to file a response to plaintiff's amended complaint for the following reasons:

1.    The date for the defendants to file a response to the amended complaint is May 12, 2003.

2.    The Defendants seeks an extension of time in which to respond to the amended complaint.

3.    The City Solicitor, Thurman Zollicoffer, Jr, is considering staffing requirements.

4.      Counsel for the Defendants, Freda Lukov Kleinman, spoke with counsel
for the Plaintiff, Frederic M. Brandes on May 6, 2003 to discuss an
extension of time and Mr. Brandes had no objections for this extension of
time.

5.      The Defendants request an extension of 30 days to respond to the amended
complaint and prepare a response.


        WHEREFORE, as a result of the foregoing, the Defendants respectfully request
that their Motion for Extension of Time to Respond to Plaintiff's Complaint is granted
and an Order be entered granting the Defendants' request for an extension of thirty (30)
days to respond to Plaintiff's Amended Complaint.



                                        Respectfully submitted,


                                        ___/s/_____
                                        DEBORAH K. ST. LAWRENCE (25052)
                                        Chief Solicitor
                                        (signed by Freda Lukov Kleinman with
                                        permission of Deborah K. St. Lawrence)


                                        ___/s/_____
                                        FREDA LUKOV KLEINMAN
                                        Assistant Solicitor (26340)
                                        Labor, Employment & Personnel
                                        Baltimore City Department of Law
                                        100 Holliday Street
                                        Baltimore, Maryland 21202
                                        (410) 396-3938
                                        Attorneys for Mayor & City Council
                                        of Baltimore

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of May 2003, a true copy of the foregoing Motion for Extension of Time to Respond to Plaintiff's Amended Complaint were filed in accordance with the Electronic Filing Requirement and Procedures as established by the U.S. District Court for the District of Maryland, with postage prepaid copies sent to: J. Joseph Curran, Attorney General, 200 St. Paul Street, Baltimore, Maryland 21202, Charles G. Byrd, Jr., Esquire, Alston & Byrd, 2518 Maryland Avenue, Baltimore, Maryland 21218.

\_\_\_/s/_____
FREDA LUKOV KLEINMAN
Assistant Solicitor (26340)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOHN M. MACK, | * | |
| Plaintiff | * | |
| v. | * | Case No.: JFM 02-3089 |
| EDWARD NORRIS,<br>BALTIMORE POLICE DEPARTMENT, et al. | * | |
| Defendants | * | |

*    *    *    *    *    *    *    *    *    *    *    *

## <u>ORDER</u>

UPON CONSIDERATION of the Defendants, the Mayor and the City Council of Baltimore, and Martin O'Malley, individually and as Mayor of the City of Baltimore's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, it is hereby

ORDERED, that on this _____ day of _____, 2003, the Defendant's Motion for Extension of Time for thirty (30) days and is,

GRANTED.


_____
JUDGE
United States District Court
for the District of Maryland