AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

John Mack

v.

Baltimore City Police Department

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: JFM-02cv3089

TO: (Name and address of Defendant)

Howard B. Hoffman
Associate Solicitor
601 East Fayette Street
Baltimore, MD. 21202

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

21093

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                      5/7/03
CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of \_\_

John Mack

v.

State of Maryland

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: JFM 02 cv 3089

TO: (Name and address of Defendant)

J. Joseph Curran, Attorney General
200 St. Paul Place
Baltimore, Maryland 21202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FREDERIC M. BRAN\_\_\_
ATTORNEY AND COUNSELOR-AT-LAW
2126 FOLKSTONE ROAD
TIMONIUM, MARYLAND 21093-3371

an answer to the complaint which is served on you with this summons, within \_\_20\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service

Felicia C. Cannon
CLERK

(By) DEPUTY CLERK

DATE 5/7/03

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

John Mack

V.

Martin O'Malley

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: JFM 02-3089

TO: (Name and address of Defendant)

Martin O'Malley, Mayor, Baltimore City
100 Holliday Street
Baltimore, MD. 21202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FREDERIC M. BRANDES
ATTORNEY AND COUNSELOR-AT-LAW
2126 FOLKSTONE ROAD
TIMONIUM, MARYLAND 21093-3371

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon

CLERK

(By) DEPUTY CLERK

DATE  5/7/03