IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN M. MACK | * | |
|    Plaintiff | * | |
| v. | * | Case No.: JFM 02-3089 |
| STATE OF MARYLAND et al. | * | |
|    Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MARTIN O'MALLEY'S MOTION TO DISMISS AMENDED COMPLAINT

Martin O'Malley ("the Mayor"), by his attorneys, Donald R. Huskey, Deputy City Solicitor, and William R. Phelan, Jr., Principal Counsel, moves, pursuant to Fed. R. Civ. P. 12(b)(6), that the Court dismiss the Amended Complaint as to him with prejudice and without leave to amend for the following reasons:

1. The amended complaint fails to state a claim upon which relief can be granted.

2. The Mayor is protected by federal law qualified immunity.

3. The Plaintiff has failed to comply, and to allege compliance, with the notice provisions of MD. CODE ANN., Cts. & Jud. Proc. Art., §5-304.

4. The Mayor is protected by state law qualified immunity.

5. For the reasons set forth in the accompanying memorandum in support of the Mayor's motion.

WHEREFORE Mayor Martin O'Malley respectfully requests that the Court dismiss the Amended Complaint as to him with prejudice and without leave to amend.

   /s/
DONALD R. HUSKEY (22981)
Deputy City Solicitor
(signed by William R. Phelan, Jr. with the permission of Donald R. Huskey)

   /s/
WILLIAM R. PHELAN, JR. (24490)
Principal Counsel
BALTIMORE CITY DEPARTMENT OF LAW
100 Holliday Street
Baltimore, Maryland 21202
Telephone: 410-396-3249; 410-396-4094
Facsimile:  410-547-1025
Attorneys for Martin O'Malley