**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JOHN M. MACK                                              *

     Plaintiff                                        *

     v.                                               *        Case No.: JFM 02-3089

STATE OF MARYLAND et al.
                                                          *

     Defendants                                       *

*    *    *    *    *    *    *    *    *    *    *    *

<u>**ORDER**</u>

Martin O'Malley's Motion to Dismiss Amended Complaint and any opposition thereto having been read and considered, it is, this _____ day of _____, 2003, by the United States District Court for the District of Maryland, ORDERED and ADJUDGED:

1.     That the Motion is hereby GRANTED; and

2.     That the Amended Complaint is hereby DISMISSED as to the Defendant, Mayor Martin O'Malley, with prejudice and without leave to amend; and

3.     That judgment is hereby ENTERED in favor of the Defendant, Mayor Martin O'Malley and against the Plaintiff, John M. Mack; and

4.     That the Clerk of this Court mail copies of this Order and Judgment to all parties.

_____
UNITED STATES DISTRICT JUDGE