IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JOHN M. MACK | * |
| Plaintiff | * |
| v. | *   Case No.: JFM 02-3089 |
| STATE OF MARYLAND et al. | * |
| Defendants | * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**REQUEST FOR HEARING**

Martin O'Malley, by his attorneys, Donald R. Huskey, Deputy City Solicitor, and William R. Phelan, Jr., Principal Counsel, requests that a hearing be held on the foregoing Martin O'Malley's Motion to Dismiss Amended Complaint.

        /s/
DONALD R. HUSKEY (22981)
Deputy City Solicitor
(signed by William R. Phelan, Jr. with the permission of Donald R. Huskey)

        /s/
WILLIAM R. PHELAN, JR. (24490)
Principal Counsel
BALTIMORE CITY DEPARTMENT OF LAW
100 Holliday Street
Baltimore, Maryland 21202
Telephone: 410-396-3249; 410-396-4094
Facsimile:  410-547-1025
Attorneys for Martin O'Malley