CITY OF BALTIMORE

MARTIN O'MALLEY, Mayor



DEPARTMENT OF LAW

THURMAN W. ZOLLICOFFER, JR., City Solicitor
101 City Hall
Baltimore, Maryland 21202

June 18, 2003

**Via First-Class Mail and Facsimile**

Frederic M. Brandes, Esquire
2126 Folkstone Road
Timonium, Maryland 21093

                RE:   *Mack v. State of Maryland et al.,*
                       Civil Action No. JFM-02-3089

Dear Mr. Brandes:

      On Thursday, June 12, 2003, counsel received an electronic notification that the Court had granted a "request by plaintiff (made in a letter faxed to the court) to file an opposition to the defendants' motion to dismiss until July 11, 2003." As of this time, we still have not received a copy of the letter/motion requesting the extension of your response time.

      Moreover, we are informed and concerned that this is not the first instance in which defense counsel have not been served with a motion for an extension of time. Even assuming that the purported reasons for your request were compelling, the Local Rules of the United States District Court for the District of Maryland mandate that your opposing counsel have the right to be served with all items filed with the Court prior to their submission. *See* Local Rule 105.9. In fact, the Rules required you to seek our consent before the letter/motion was presented to the Court. *Id.* You did neither. The defendants may or may not have responded to the request, and opposed or agreed to the extension, but they surely should have been served with the request. The orderly carrying on of litigation, and the rules of procedure, require the service of all filings. *See* Local Rule 102.1.c.

      Please send us, no later than June 20, 2003, a copy of the letter/motion that was granted on June 12, 2003 and assure us that we will be served with all future filings.

                                                            Very truly yours,

| | |
|---|---|
| *William R. Phelan Jr.* (signature) | (signature) |
| WILLIAM R. PHELAN, JR. (24490) | DEBORAH K. ST. LAWRENCE (25052) |
| Principal Counsel | Chief Solicitor |
| BALTIMORE CITY DEPARTMENT OF LAW | FREDA LUKOV KLEINMAN (26340) |
| 100 Holliday Street | ASSISTANT SOLICITOR |
| Baltimore, Maryland 21202 | BALTIMORE CITY DEPARTMENT OF LAW |
| Telephone: 410-396-4094 | 100 Holliday Street |
| Facsimile: 410-547-1025 | Baltimore, Maryland 21202 |
| Attorney for Martin O'Malley | Telephone: 410-396-3960 |
| | Attorneys for Mayor and City Council of |
| | of Baltimore |

Printed on recycled paper with environmentally friendly soy based ink.

*Peter Saar* WRP
PETER SAAR (26666)
Deputy Legal Counsel
OFFICE OF LEGAL AFFAIRS
Baltimore Police Department
242 West 29th Street
Baltimore, Maryland 21211
Telephone: 410-396-2496
Facsimile: 410-396-2126
Attorney for Former Police Commissioner
Edward Norris

cc (via first-class mail and electronic transmission):
    Honorable J. Frederick Motz
    J. Joseph Curran, Attorney General
    Charles G. Byrd, Jr., Esquire