

# BALTIMORE POLICE DEPARTMENT



**MARTIN O'MALLEY**
Mayor

**KEVIN P. CLARK**
Police Commissioner

Hon. J. Frederick Motz
United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

          Re:    Mack v. Norris et al.
                  JFM 02-3089

Dear Judge Motz:

    On behalf of Defendant Edward Norris, we submit a proposed Order for Your Honor's review and signature.

    As Your Honor may be aware, Defendant Norris twice moved to dismiss all of the counts contained within Plaintiff's original and amended complaint. The most recent motion (captioned Motion to Dismiss/Stay Amended Complaint) was filed by Defendant Norris on May 1, 2003. Under Local Rule 105(2)(a), the Plaintiff had fourteen days to respond (i.e, May 15, 2003). Instead, this deadline passed and he filed a request for an extension on June 11, 2003, seeking an additional thirty days to respond (i.e., July 11, 2003).

    Because more than an adequate amount of time to respond has been granted to the Plaintiff, yet the Plaintiff has nevertheless failed to respond, we respectfully request that Your Honor enter the proposed Order.

                                        Sincerely,

                                        Howard B. Hoffman
                                        Associate Solicitor

cc:    Frederick Brandes, Esq.
       All Counsel