IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOHN M. MACK | * | |
| PLAINTIFFS | * | |
| V. | * | CASE NO. JFM 02-3089 |
| EDWARD NORRIS, BALTIMORE POLICE DEPARTMENT, ET AL. | * | |
| | * | |
| DEFENDANTS | | |

### ORDER

UPON CONSIDERATION of Defendant Edward Norris' Motions to Dismiss Plaintiff's Original and Amended Complaints, and given the Plaintiff's failure to timely respond to these Motions after having been granted an extension of time, it is hereby

ORDERED, that on this ____ day of _____, 2003, Defendant Edward Norris' Motions to Dismiss are

GRANTED with prejudice and without leave to amend.

HON. J. FREDERICK MOTZ
United States District Court
for the District of Maryland

Page 1