IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

JOHN MACK
    Plaintiff

v.                                        Civil Action: JFM 02cv3089

STATE OF MARYLAND, et al
    Defendants

OPPOSITION TO
THE MAYOR AND CITY COUNCIL OF BALTIMORE'S
MOTION TO DISMISS AMENDED COMPLAINT

    John Mack, by Frederic M. Brandes, his attorney, opposes the Mayor and City Council of Baltimore's Motion to Dismiss the Amended Complaint and for cause states that:

1.     The relationship of O'Malley, as Mayor, holding himself out as the official spokesman of the Mayor and City Council of Baltimore on the matter involving John Mack, while in fact exceeding that authority by the nature and degree of the comments he made on the subject, creates the necessary relationship between an official and his municipality to hold the municipality liable for Section 1983 violations by the official. In this regard, O'Malley's excesses designed to pollute the trial board pool so that John Mack could not receive a fair hearing of the charges against him, which ultimately occurred because of O'Malley's remarks in conspiracy with those of Norris are violations of Section 1983. The Mayor and City Council of Baltimore aware of the excesses of O'Malley's behavior and their purposes nevertheless ratified them and thus are liable upon them.

2.     There is no sound reason for the Court to dismiss John Mack's federal claim against the Mayor and City Council of Baltimore and thus no reason exists for the dismissal of the state claims.

3.     This Court has the authority to waive the notice provisions of the Local Government Tort Claims Act. Considering the seriousness of the civil rights and state claims arising from the alleged unconstitutional and otherwise unlawful acts of the Defendants, it would appear the interests of justice would lie with a waiver of the notice provisions of the Act.

WHEREFORE, John Mack requests that the Motion to Dismiss be denied.

> Frederic M. Brandes
> 2126 Folkstone Road
> Timonium, Maryland 21093
> (410) 561-0290