*granted*
*6-12-03*

# FREDERIC M. BRANDES
ATTORNEY AND COUNSELOR AT LAW
2126 FOLKSTONE ROAD
TIMONIUM, MD 21093
(410) 561 0290
FAX (410) 561 0424

ADMITTED IN:
MARYLAND
NEW YORK
DISTRICT OF COLUMBIA

June 11, 2003

Hon. J. Frederick Motz
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

Re: Mack v. Norris, etc., et al, 02cv3089

Dear Judge Motz:

I request an extension of time in which to answer the Motion to Dismiss/Stay Amended Complaint filed by Edward Norris. I had sought the joinder Howard Hoffman, Mr. Norris' principal counsel in this request, but his telephone at the Baltimore City Police Department either rings without answer or is busy for such extended periods that my schedule did not permit additional attempts. I did get through to Ms. Hoffman's central switchboard once, but was disconnected. My efforts cover a four week period.

My reason for this late request is primarily that I am slowly re-entering practice after a prolonged illness of which you have prior knowledge. In the past several months, I have been handling employment trials in the District of Maryland and the District of Columbia as well as a serious medical malpractice case in New York. I am preparing two first degree murder trials for the latter part of June and am part of a defense in a 35 defendant two prong wire-tap drug conspiracy due to start on July 2, 2003. None of this means that my busy schedule takes priority over the Mack case or the business of this Court. I merely wish to apprise the Court that my efforts to fully address the arguments raised by Mr. Hoffman and assist the Court in disposing of the issues raised by his Motion to Dismiss/Stay Amended Complaint have met with a great competition for time in the overall context of my efforts to regain my health.

In addition, in reviewing the PACER system, I have discovered that the attachments to the Motion and the Memorandum were not affixed to the copy of the Motion and Memorandum supplied to me by Mr. Hoffman. I had told him that I had not received a copy of his pleading from the ECM system and asked him to forward a copy to me. Obviously, he misunderstood me and thought I did not mean for him to forward to entire Motion, Memorandum and Attachments. Nevertheless, I will need additional time to reflect on the information I obtained from PACER today.

I would request that this Court allow me to respond to the Motion within thirty days of this letter.

Thank you for your consideration.

Sincerely,

Frederic M. Brandes

Cc: Howard Hoffman