To: Howard
Date: 5/5   Time: 10:23

**WHILE YOU WERE OUT**

M: Fred Brander

Of:

Phone: 412-561-0290

| Telephoned | ✓ | Please Call | |
| Called To See You | | Will Call Again | |
| Wants To See You | | Rush | |

Message: Please fax him a copy of the Motion to Dismiss in the Mack case. He was not able to get a copy off of the electronic filing.

28-1408-5001               1400-27-1