IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN M. MACK                          *

    PLAINTIFFS                        *

V.                                    *   CASE NO. JFM 02-3089

EDWARD NORRIS,
BALTIMORE POLICE DEPARTMENT,          *
    ET AL.
                                *

    DEFENDANTS
_____/

## ORDER

**UPON CONSIDERATION** of Defendant Edward Norris' Motion to Strike Plaintiff's Opposition to Defendant Norris' Motion to Dismiss/Stay Amended Complaint, and any response filed by the Plaintiff thereto,

**IT IS HEREBY ORDERED** that on this _____ day of _____ 2003, Defendant Norris' Motion to Strike is **GRANTED**.

                                                Hon. J. Frederick Motz
                                               United States District Court
                                               for the District of Maryland

_____
Date