IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **John M. Mack** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.:  JFM-02-CV-3089 |
| **Edward Norris, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \*

## ENTRY OF APPEARANCES

To:  The Honorable Felicia C. Cannon, Clerk of the United States
District Court for the District of Maryland

Please enter the appearances of the undersigned attorneys as new lead counsel for Major Antonio Williams, a co-defendant in the above-captioned case.  Charles G. Byrd, Jr., Esquire, who previously represented Major Williams, is expected to withdraw his appearance from the case.

                                      Respectfully submitted,

                                      /S/   Neal M. Janey
                                      Neal M. Janey
                                      *Federal Bar No. 02285*
                                      Neal M. Janey, Jr.
                                      *Federal Bar No. 26800*

                                      The Janey Law Firm P.C.
                                      The Equitable Building
                                      Suite 722
                                      10 North Calvert Street
                                      Baltimore, Maryland 21202
                                      Telephone:  410-783-7344
                                      Facsimile: 410-783-7342

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **John M. Mack** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.: JFM-02-CV-3089 |
| **Edward Norris, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of July, 2003, a true copy of the foregoing Entry of Appearances was filed and served, and if necessary, hard copies will be mailed and served, in accordance with the Electronic Filing Requirements and Procedures of the United States District Court for the District of Maryland.

/S/   Neal M. Janey
Neal M. Janey