IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **John M. Mack** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.:  JFM-02-CV-3089 |
| **Edward Norris, et al.** | * | |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Major Antonio Williams, a co-defendant in the above captioned case, by and through his undersigned counsel, pursuant to Rule 6(b) of the F. R. Civ. P. and Local Rule 105.9 of the United States District Court for the District of Maryland, files this Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and in support of said motion, avers and states as follows:

1.  The undersigned defense attorneys were recently retained to handle the legal representation of the co-defendant Major Antonio Williams who was previously represented by another attorney.  They have noted their appearances in the case by electronic filing contemporaneously with the electronic filing of this Motion.

2.  On Thursday, July 24, 2003, defense attorneys received the files in more than 20 cases from the chief counsel of the Baltimore Police Department in which they had been asked to take over the legal representation from another attorney who previously had been retained to defend police officers in civil litigation matters.  The attorneys spent the weekend familiarizing themselves with the files for the cases.

3. Since it was apparent from a review of the police department's file in this case that certain pleadings could be missing from the file, defense attorneys went to the Office of the Clerk on Monday, July 28, 2003 to obtain a printout of the docket entries. They noted that the Plaintiff had apparently filed an Amended Complaint in this case on April 22, 2003. Since the pleading was missing from the files that the defense attorneys had received, they requested and obtained a copy of the Amended Complaint from the Office of the Clerk.

4. On July 28, 2003, defense attorneys contacted the office of the former defense attorney, Charles G. Byrd, Jr., Esquire to determine why the Amended Complaint was missing from the police department's files. Since Mr. Byrd was trying a major civil case, he was not able to contact defense attorneys until Wednesday, July 30.

5. Mr. Byrd explained that he was not served with a copy of the Amended Complaint in the mail, nor was he served with a copy of the Amended Complaint by electronic filing. His information was that in the process of transferring the court file from a manual filing system to the electronic filing system, the docket clerk did not enter his name in the electronic filing system as defense counsel for co-defendant Major Williams at the time when the Amended Complaint was filed by Plaintiff's counsel through the electronic filing system.

6. The certificate of service attached to the Amended Complaint indicates that Plaintiff's counsel mailed copies of the Amended Complaint to the attorneys who were counsel for the Baltimore Police Department. The names of no other defense attorneys are shown in the certificate of service.

7. During the morning of Thursday, July 31, defense attorneys sent a letter by facsimile to Plaintiff's counsel requesting his consent, pursuant to Local Rule 105.9, to the filing of a motion for extension of time to respond to Plaintiff's Amended Complaint by defense

attorneys on behalf of co-defendant Major Williams.  The text of that letter is set forth below, as follows:

Dear Mr. Brandes:

We have recently been retained to take over the legal representation for Major Antonio Williams, a co-defendant in the referenced case.  The representation previously was handled by Charles G. Byrd, Jr., Esquire.

Pursuant to Local Rule 105.9 of the Local Rules for the United States District Court for the District of Maryland, we respectfully request that you consent to a motion for extension of time that we intend to file in the case seeking an extension of time by co-defendant Major Williams for filing a response to your amended complaint.

As a courtesy, you should be aware that Mr. Byrd, the former defense attorney for co-defendant Major Williams, was not served with a copy of your amended complaint.  He did not receive a copy of it in the mail, nor did he receive a copy of it through electronic filing.

We did not become aware of the problem until Monday, July 28, when we went to the Clerk's Office of the United States District Court to get a printout of the docket entries because the files that we had received from the City appeared to be incomplete.  On Thursday, July 24, we received a number of files from the City to take over the legal representation in certain police defense cases.  While reviewing the file in this case over the weekend, we discovered that certain pleadings may have been missing from the City's files.

We called Mr. Byrd's office on Monday, July 28 to discuss the matter with him.  Because he was in trial, he did not contact us until Wednesday, July 30.  Mr. Byrd informed us that in the process of converting the court file from the manual filing system to the electronic filing system, the docket clerk did not enter Mr. Byrd and his firm as the defense attorneys for co-defendant Major Williams.  That explains why he did not receive a copy of the amended complaint through the electronic filing system.

We asked the Clerk to print out a copy of the amended complaint.  The certificate of service states as follows:

I, Frederic M. Brandes, certify that on this 17th day of April, 2003, I mailed a copy of the foregoing to Howard Hoffman, Baltimore City Police Department, 242 West 29th Street, Baltimore, Maryland 21211 and Freda Lukov Kleinman, 100 Holliday Street, Baltimore, Maryland 21202

> Neither Mr. Hoffman nor Ms. Kleinman was defense counsel for co-defendant Major Antonio Williams. Accordingly, Mr. Byrd, who was the defense attorney, did not receive a copy of the amended complaint by mail.
>
> We are willing to stipulate that service of process was made on co-defendant Major Williams effective Monday, July 28. In the motion for extension of time we intend to ask the court to allow us to file our response within a period of 30 days from July 28, that is, by August 27, 2003.
>
> Please feel free to call me this morning on my cell phone at 410-340-6616. I also will try to call you. We intend to enter our appearances and to file the motion by electronic filing by 1:00 p.m.

Copies of that letter also were forwarded by facsimile to all defense attorneys of record.

8. Defense attorneys have conferred with Plaintiff's counsel. He has advised that he consents to the Motion.

WHEREFORE, co-defendant Major Antonio Williams, respectfully requests that this Honorable Court will grant this Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and will enter the proposed Order attached to this Motion.

Respectfully submitted,

/S/   Neal M. Janey
Neal M. Janey
*Federal Bar No. 02285*

The Janey Law Firm P.C.
The Equitable Building
Suite 722
10 North Calvert Street
Baltimore, Maryland 21202
Telephone:  410-783-7344
Facsimile: 410-783-7342

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **John M. Mack** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.: JFM-02-CV-3089 |
| **Edward Norris, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of the foregoing Motion for Extension of Time to Respond to Plaintiff's Amended Complaint filed by the co-defendant Major Antonio Williams, it is this _____ day of _____, 2003, ORDERED:

1. That the Motion is hereby GRANTED;

2. That co-defendant Major Antonio Williams shall be deemed to have been served with the Amended Complaint on July 28, 2003; and,

3. That co-defendant Major Antonio Williams shall file his response to the Amended Complaint by August 27, 2003.

                                                                  _____
                                                                  J. Frederick Motz
                                                                  United States District Judge

Williams/Motion for Extension …

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **John M. Mack** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.: JFM-02-CV-3089 |
| **Edward Norris, et al.** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July, 2003, a true copy of the foregoing Motion for Extension of Time to Respond to Plaintiff's Amended Complaint and proposed Order were filed and served, and if necessary, hard copies will be mailed and served in accordance with the Electronic Filing Requirements and Procedures of the United States District Court for the District Court of Maryland.

/S/   Neal M. Janey
Neal M. Janey