FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 AUG -1  A 11: 09

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

John M. Mack          *

    Plaintiff

v.                    Case No.: JFM-02-CV-3089

Edward Norris, et al.

    Defendants    *

\*   \*   \*   \*

## ORDER

UPON CONSIDERATION of the foregoing Motion for Extension of Time to Respond to Plaintiff's Amended Complaint filed by the co-defendant Major Antonio Williams, it is this ___ day of _August_, 2003, ORDERED:

1. That the Motion is hereby GRANTED;

2. That co-defendant Major Antonio Williams shall be deemed to have been served with the Amended Complaint on July 28, 2003; and,

3. That co-defendant Major Antonio Williams shall file his response to the Amended Complaint by August 27, 2003.

/s/
J. Frederick Motz
United States District Judge

Williams/Motion for Extension