IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **John M. Mack** | * | |
| **Plaintiff** | * | |
| v. | * | Case No.: JFM-02-CV-3089 |
| **Edward Norris, et al.** | * | |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE

To:   The Honorable Felicia Cannon, Clerk of the United States District Court

Because there may have been a problem with email service of copies, I hereby certify this 1st day of August, 2003 that copies of co-defendant Major Antonio Williams' Motion for Extension of Time to Respond to Plaintiff's Amended Complaint also were mailed, first class, postage prepaid, to counsel of record including:

>   Frederic Brandes, Esquire
>   2126 Folkstone Road
>   Timonium, Maryland 21093
>
>   *Attorney for Plaintiff*
>
>   Donald R. Huskey, Esquire
>   William R. Phelan, Jr., Esquire
>   Baltimore City Department of Law
>   100 Holliday Street
>   Baltimore, Maryland 21202
>
>   *Attorneys for Co-Defendant Mayor Martin O'Malley*
>
>   Peter Saar, Esquire
>   Howard B. Hoffman, Esquire
>   Office of Legal Affairs
>   Baltimore Police Department
>   242 W. 29th Street

Baltimore, Maryland 21211

*Attorneys for Co-Defendant Former Police Commissioner Edward Norris*

Deborah K. St. Laurence, Esquire
Freda Lukov Kleinman, Esquire
Labor, Employment & Personnel
Baltimore City Department of Law
100 Holliday Street
Baltimore, Maryland 21202

*Attorneys for Co-Defendant Mayor and City Council of Baltimore*

Charles G. Byrd, Esquire
Alston & Byrd
2518 Maryland Avenue
Baltimore, Maryland 21218

*Former Attorney for Co-Defendant Major Antonio Williams*

                Respectfully submitted,


                /S/   Neal M. Janey
                Neal M. Janey
                *Federal Bar No. 02285*

                The Janey Law Firm P.C.
                The Equitable Building
                Suite 722
                10 North Calvert Street
                Baltimore, Maryland 21202
                Telephone:  410-783-7344
                Facsimile: 410-783-7342