IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

JOHN MACK
    Plaintiff

    v.                                            Civil Action:  JFM  02cv3089

EDWARD NORRIS, et al
    Defendants

## OPPOSITION TO MOTION TO STRIKE

    John Mack, by Frederic M. Brandes, his attorney, opposes the Motion to Strike his Opposition to the Motion to Dismiss/Stay Amended Complaint and for cause states that:

1. Edward Norris and his counsel preen themselves too finely in believing that the filing of the Opposition to the Motion to Dismiss/Stay Amended Complaint had anything to do with the filing of their correspondence in reference to the that Motion. The Opposition was filed when it was completed without reference to anything the persecutor Norris or his protector Hoffman did.

2. Counsel for Mr. Mack apologizes to this Court for exceeding its graces for filing the Opposition by three days. Counsel had explained to this Court that he was exceedingly busy and had not returned to this Court for a further extension of three days for filing.

3. The Local Rules do not mandate that a pleading filed three days late be stricken from consideration in a case. There was no disrespect toward the Court in the filing as a request for an extension had been requested and overextended by only three days. The cause of the overextension is counsel for Mr. Mack's necessity of having to deal with motions designed to take up valuable time on minutia such as this one. If counsel had something important to say he certainly would have had more to say than he did in his response to Mr. Mack's Opposition. Finally, Counsel does not point to any prejudice to himself, any other party or to the general public as a result of the three day overextension of the authority to file the Opposition. If there was a tempest in a teapot, the persecutor Norris has found one and his protector Hoffman has made much of the fact he has nothing else to talk about.

WHEREFORE, John Mack requests that the Court Deny the Motion to Strike and accept the Opposition to Motion to Dismiss and/Stay Amended Complaint.

_____
Frederic M. Brandes
2126 Folkstone Road
Timonium, Maryland 21093
(410) 561-0290