# LAWYER TO LAWYER REFERRALS

### PLAINTIFF'S EMPLOYMENT AND LABOR LAW RIGHTS

**FREDERIC M. BRANDES**
Attorney and Counselor at Law
410-561-0290

Frederic M. Brandes is an attorney dedicated to the protection and furtherance of Plaintiff's Employment and Labor Law rights. He has an LL.M. degree in Employment and Labor Law from Georgetown University Law Center and twenty-six years of litigation experience to support his efforts on behalf of his clients.

Fred handles all aspects of discrimination law; he works with local agencies and the Equal Employment Opportunity Commission in processing charges before filing suit. Fred also handles private industry, state and local government and federal claims of discrimination and understands the different procedures applicable to each. Of course, Fred handles cases before the various U.S. District Courts in Maryland and the District of Columbia. When a case reaches the Court stage, Fred screens it for all appropriate state and federal actions including 42 U.S.C. Section 1981 and 42 U.S.C. Section 1983.

Other cases handled by Fred include claims for wrongful termination, breach of contract, work related defamation, tortious interference with contract rights, intentional infliction of emotional injury and similar cases.

Call with case inquiries or about fee

### MEDICAL MALPRACTICE

**JACK H. OLENDER**



### TAX LAW/ IRS PROBLEM RESOLUTION

**STANLEY H. BLOCK, ESQUIRE**



Court Square Building
200 E. Lexington Street
Lower Suite
Baltimore, MD 21202
(410) 727-6006/(888) 884-8686
E-mail: UOIRSBLOCK@AOL.COM
WebPage: www.mdtaxattorney.com

General practitioner with over forty years of experience. As a result of the IRS Restructuring and Reform Act of 1998 the IRS is now more willing, than ever before, to reduce or eliminate past due tax bills. Since that time, Mr. Block has diverted his practice into IRS tax Resolution cases. Mr. Block has been specially trained for IRS tax resolution. He is a member of The American Society of IRS Problem Solvers (ASIPS). He, and his qualified tax resolution staff, works primarily on personal as well as business taxes. He produces a monthly newsletter titled IRS Times & Inquirer. The newsletter includes many of the latest Federal cases and rulings. Call him for your copy. Mr. Block understands IRS problems are a very personal type of problem and people often do not know where to turn for help. Many people live with IRS problems for years assuming that nothing can be done to solve them. If you or someone you know is suffering from IRS problems and doesn't know where to go for help, please contact him. The time to act is now. Mr. Block offers a free confidential settlement counseling session to explain possible solutions to IRS problems.

### ESTATE/BUSINESS SUCCESSION PLANNING

**WM. HOLLAND WILMER II**

Planning & Probate LLC

### TAX LAW/ IRS PROBLEM RESOLUTION

**MURRAY SINGERMAN, JD**



**WE SOLVE TAX PROBLEMS**
Master of Laws in Taxation
Client First Tax Solutions
300 Redland Court, Suite 214
Owings Mills, MD 21117
410-363-7744

If the IRS has seized your client's wages, bank account, vehicle or business, call today. We offer a decade of experience resolving tax and business problems. Let us help improve your client's financial situation.

Federal and State:
Audits
Collection Defense
Lien Removal
Levy Defense
Non-Filers
Offers in Compromise
Installment Agreements
Innocent Spouse Defense
Tax Litigation
Criminal Investigation Defense

### EMINENT DOMAIN/ CONDEMNATION

**DOUGLAS N. SILBER, LLC**

25 West Chesapeake Avenue
Towson, Maryland 21204
Phone 410-296-1030
Fax 410-832-1719
E-Mail: DOUGSILBER@AOL.COM

### ADM[...] FEDE[...]

**STEPH[...]**

7400 Yo[...]
Towson,[...]
(410) 32[...]
(410) 32[...]
E-mail: [...]
WebPag[...]

Litigation[...]
administ[...]
tection [...]
ances); [...]
Opportu[...]
etc., dis[...]
ance ap[...]
ernment[...]
Workers[...]
ment Bo[...]
il and c[...]
for corre[...]

### CON[...]

**BRIAN[...]**



Saltzma[...]
3201 R[...]
Ellicott [...]
(410) 31[...]
(410) 75[...]
www.sa[...]
sjlawll[...]
Former [...]
Departm[...]

Practice [...]
tion law,[...]
▶ Cons[...]
   Revie[...]
▶ Build[...]
▶ Cons[...]