IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND

JOHN MACK
    Plaintiff

v.                                            Civil Action: JFM 02-3089

EDWARD NORRIS, et al
    Defendant

<u>MEMORANDUM
IN OPPOSITION TO THE
REPLY TO JOHN MACK'S OPPOSITION TO
NORRIS' MOTION TO STRIKE</u>

     John Mack, by Frederic M. Brandes, his attorney, feel it incumbent upon himself to respond to Norris' hypocritical rantings in the reply he made to John Mack's Opposition to Norris' Motion to Strike his Amended Complaint and for cause he says:

1. Edward Norris and his lawyer is upset because in the quiet contemplation of a courtroom where they are assured due process of law John Mack called them a name. Edward Norris complained about it and raised a little snit that the Rules might have been violated and his and his lawyer's polish might have been tarnished. John Mack's basis of his Complaint is that Edward Norris unceasingly barraged the media with false charges about him with the purpose of forcing him out of the police department. Edward Norris did not seem to care much about the rules of due process then. John Mack wonders when Edward Norris and his lawyer got religion.

2. Once again, Mr. Hoffman attempts to take up the time of this Court with minutia. This Court will determine whether the merits of this case will be decided by a few days late filing. John Mack has attempted to satisfy this Court that no prejudice will befall either the Defendant Norris, the public's expectation of rectitude in judicial proceedings, nor the operation of this Court by the delay. John Mack has found no case that requires the dismissal of this case for a three day delay and neither has Norris for all his ballyhooing. The matter appears left up to the sound discretion of this Court. Counsel accepts the fact he should be admonished, but that does not equate with the dismissal of his client's law suit.

3. Counsel for John Mack thanks Hoffman for bringing his year long advertisement from the Daily Record to the Court's attention. The Court is asked to take from the advertisement not that counsel is drumming up business, but that he attempting to rectify wrongs in the employment arena on behalf of employees who have suffered grievous wrongs and need help. Sometimes, the effect can be overwhelming.

WHEREFORE, John Mack requests that the Motion to Strike be denied.

 

_____
Frederic M. Brandes
2126 Folkstone Road
Timonium, Maryland 21093
(410) 561-0290