IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN M. MACK                          *
                                      *
           v.                         *   Civil No. JFM-02-3089
                                      *
STATE OF MARYLAND, ET AL.             *
                                   *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 29th day of September 2003

ORDERED

1. The motions to dismiss filed by the Mayor and City Council of Baltimore, Mayor Martin O'Malley, former Baltimore Police Commissioner Edward Norris, and Major Antonio Williams are granted;

2. All federal claims against these defendants are dismissed; and

3. This court declines to exercise supplemental jurisdiction over the state law claims asserted against these defendants.

/s/
J. Frederick Motz
United States District Judge