IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JOHN M. MACK           *
               *
   v.             *  Civil No. JFM-02-3089
               *
STATE OF MARYLAND, ET AL.    *
              *****

ORDER

   On September 29, 2003, this court entered an order dismissing all of the federal claims against defendants the Mayor and City Council of Baltimore, Mayor Martin O'Malley, former Baltimore Police Commissioner Edward Norris, and Major Antonio Williams, and declining the exercise supplemental jurisdiction over the state law claims asserted against those defendants. On the same day, this court entered two additional orders requiring plaintiffs to show cause within fourteen days why the complaint should not be dismissed without prejudice as to two other named defendants, the State of Maryland and the Baltimore City Police Department, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a. Plaintiff has not shown cause as required by the latter orders or otherwise responded to them. Accordingly, it is, this 17th day of October 2003

   ORDERED

   1. This action is dismissed without prejudice as to defendants the State of Maryland and the Baltimore City Police Department;

   2. The rulings made in the September 29, 2003 order pertaining to the Mayor and City Council of Baltimore, Mayor Martin O'Malley, former Baltimore Police Commissioner Edward Norris, and Major Antonio Williams are incorporated by reference herein; and

   3. This case is closed.

                /s/
                J. Frederick Motz

United States District Judge